WILLIAM H. KAISER [WK-7106]
KAISER SAURBORN & MAIR, P.C.
ATTORNEYS FOR PLAINTIFF
111 BROADWAY
NEW YORK, NEW YORK 10006
(212) 338-9100


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RICARDO PIGNATARI,                                    **08 Civ. 6534 (BJ)**

       Plaintiff,

    -against-                                       **NOTICE OF APPEARANCE**

KIMBERLY-CLARK CORPORATION,

      Defendant .
-------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of the

plaintiff, Ricardo Pignatari, in the above-referenced matter.

Dated: New York, New York
      August 4, 2008

                 KAISER SAURBORN & MAIR, P.C.

           By:    _____
                  William H. Kaiser [WK-7106]

                 Attorneys for Plaintiff
                 111 Broadway
                 New York, New York 100056
                 (212) 338-9100

TO:    John Wesley, Esq.
       Kimberly-Clark Corporation
       Legal Department
       351 Phelps Drive
       Irving, TX 75038-6540