## AFFIDAVIT OF SERVICE BY MAIL

**Hannah Officer,** being duly sworn, deposes and says, that she is not a party to the within action, is over 18 years of age and resides in New York State.

That on the 4th day of August, 2008, affiant served the within **Notice of Appearance** upon counsel for defendant by mailing a true copy of same to their offices via U.S. Mail, in a sealed envelope with postage prepaid thereon, addressed to:

John Wesley, Esq.
Kimberly-Clark Corporation
Legal Department
351 Phelps Drive
Irving, TX 75038-6540

This true copy was sent to the address referenced above by depositing the envelope in an official depository of the United States Postal Service within the State of New York.

_____
Hannah Officer

Sworn to before me this
4th of August, 2008

_____
NOTARY PUBLIC
Notary ... KAISER
No. 02...6135385
Qualified in New York of New York
Commission Expires October 17, 20__09