# KAISER SAURBORN & MAIR, P.C.
## COUNSELORS AT LAW

111 Broadway
New York, NY 10006
Tel 212 338 9100
Fax 212 338 9088
www.ksmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/5/08

RECEIVED
AUG 05 2008
CHAMBERS OF
ANDREW J PECK

BY FAX

August 5, 2008

BY FAX# (212-805-7933)
AND REGULAR MAIL

The Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

**MEMO ENDORSED** 8/5/08

*[handwritten notation]*

SO ORDERED:
*[signature]*
Hon. Andrew Jay Peck
United States Magistrate Judge

*[handwritten notations]*

**Pignatari v. Kimberly-Clark Corporation**
08 Civ. 6534 (BSJ)(AJP)

Dear Judge Peck:

We have recently appeared on behalf of the plaintiff, Ricardo Pignatari, in the above-referenced matter.

As Your Honor will be presiding over discovery in this case, I respectfully request 30 days with which to file an Amended Complaint on behalf of plaintiff. Although issue is not yet joined and plaintiff may amend as a matter of right, we wish to file the Amended Complaint prior to the filing of any substantive motions by the defendant.

I have not yet been contacted by counsel for defendant, and therefore I have copied defendant's in-house counsel on all communications to the Court. I have had no direct communications with any representative of defendant.

I thank the Court for its attention to this matter.

Respectfully submitted,

*[signature]*
William H. Kaiser

WHK/ho

cc:  John Wesley, Esq.
     Kimberly-Clark Corporation
     Legal Department
     BY FAX (972-281-1236)

---

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, NJ 07306 | Tel: 201 353 4000 | Fax: 201 798 4627

TOTAL P.02

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  August 5, 2008                              Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| William H. Kaiser, Esq. | 212-338-9088 |
| John Wesley, Esq. | 972-281-1236 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 8/5/08**

Approved.


Copy to:   Judge Barbara S. Jones