**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RICARDO PIGNATARI,

            Plaintiff,

    v.

KIMBERLY-CLARK CORPORATION,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08 CV 6534 (BSJ)

STIPULATION OF DISMISSAL
WITH PREJUDICE

**SCANNED**

    IT IS HEREBY STIPULATED AND AGREED by and among the parties, plaintiff Ricardo Pignatari and defendant Kimberly-Clark Corporation ("KCC"), with its undersigned attorneys, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein are hereby dismissed <u>with prejudice</u> and without costs to either party.

Dated: New York, New York
        August 12, 2008

RICARDO PIGNATARI

_____
Ricardo Pignatari
300 Albany Street
Apt. 4H
New York, New York 10280
(212) 786-0296

KING & SPALDING LLP

_____
Kimberly L. Frederick
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

*Attorneys for Defendant Kimberly-Clark Corporation*